LAUREN M. BLAS (SBN 296823)
  lblas@gibsondunn.com
GEORGE B. ADAMS III (SBN 321904)
  gadams@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000

MITCHELL A. KARLAN (*pro hac vice*)
  mkarlan@gibsondunn.com
WILLIAM J. MOCCIA (*pro hac vice*)
  wmoccia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Plaintiffs and Counter-Defendants Baltequera Inc., Dcoop, S. Coop. And., and Olives Way LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALTEQUERA INC., DCOOP, S. COOP. AND., and OLIVES WAY LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BELL-CARTER FOODS, LLC, BELL-CARTER GROUP, INC., TIMOTHY T. CARTER, PAUL ADCOCK,<br><br>　　　　Defendants.<br><hr>BELL-CARTER FOODS, LLC, BELL-CARTER GROUP, INC., TIMOTHY T. CARTER, PAUL ADCOCK,<br><br>　　　　Counter-Claimants,<br><br>　v.<br><br>BALTEQUERA INC., DCOOP, S. COOP. AND., and OLIVES WAY LLC,<br><br>　　　　Counter-Defendants. | Case No. 3:21-cv-06368-MMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Maxine M. Chesney<br><br>Action Filed: August 18, 2021<br>Trial Date: April 10, 2023 |

1   The parties to the above-referenced action, acting through counsel and pursuant to Federal Rule
2   of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims in
3   this action, with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: September 28, 2022        GIBSON, DUNN & CRUTCHER LLP


By: /s/ Mitchell A. Karlan
    Mitchell A. Karlan

*Attorneys for Plaintiffs and Counter-Defendants Baltequera Inc., Dcoop, S. Coop. And., and Olives Way LLC*

Dated: September 28, 2022        HOLLAND & HART LLP


By: /s/ Brent E. Johnson
    Brent E. Johnson
    222 South Main, Suite 2200
    Salt Lake City, UT 84101
    801-799-5800
    Fax: 801-799-5700
    bjohnson@hollandhart.com

*Attorneys for Defendants and Counter-Claimants Bell-Carter Foods, LLC, Bell-Carter Group, Inc., Timothy T. Carter, and Paul Adcock*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I hereby attest that, pursuant to Civil Local Rule 5-1(h)(3), I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 28, 2022            GIBSON, DUNN & CRUTCHER LLP

By: */s/ Mitchell A. Karlan*
       Mitchell A. Karlan

*Attorneys for Plaintiffs and Counter-Defendants Baltequera Inc., Dcoop, S. Coop. And., and Olives Way LLC*